**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

CYBER LITIGATION, INC.,

                              **Debtor.**

------------------------------------------------------------x

JOSHUA HOOVER and JOSHUA ROSENBERG
on behalf of themselves and all others similarly
situated,

                              **Plaintiffs,**

            v.

CYBER LITIGATION, INC.,

                              **Defendant**.

----------------------------------------------------------------

Chapter 11
Case No. 20-12702 (CTG)

Adversary Proceeding No. 20-50966-CTG

**SCHEDULING ORDER**

      The above-captioned Plaintiffs, Joshua Hoover and Joshua Rosenberg, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), together with Cyber Litigation, Inc. (the "Defendant", and together with Plaintiffs, the "Parties"), and through their counsel, respectfully request that the Court approve the following Scheduling Order governing discovery and related matters.

      **IT IS HEREBY ORDERED** that:

      1.     Rule 7026(a)(1) Initial Disclosures.

      Unless otherwise agreed to by the parties, the parties shall provide the initial disclosures under Fed. R. Civ. P. 26(a)(1), made applicable to this adversary proceeding by Bankruptcy Rule 7026(a)(1), no later than thirty-five (35) days from the date of this Order.

2.    <u>Joinder of Other Parties and Amendment of Pleadings.</u>  Any motion to join other parties and/or to amend or supplement the pleadings shall be filed on or before September 1, 2021.

3.    <u>Class Certification.</u>  Any motion for class certification shall be filed and served on or before September 30, 2021.  Upon the filing of any such motion, the Parties shall confer in good faith on a schedule for briefing such motion, including a schedule for any discovery relating to the motion.

4.    <u>Discovery.</u>

a.    <u>Fact Discovery Cut-Off.</u>  All fact discovery shall be completed on or before January 31, 2022.

b.    <u>Expert Discovery.</u>  Plaintiffs shall serve any expert disclosures and reports on or before February 25, 2022.  Defendants shall serve any expert disclosures and reports on or before March 25, 2022.  All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B).  The Parties may elect to provide rebuttal expert reports.  Any such reports must be served on or before April 22, 2022.  All expert discovery shall be completed on or before May 20, 2022.

5.    <u>Dispositive Motions.</u>  All dispositive motions shall be filed and served no later than June 24, 2022 and shall be subject to Rule 7007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.  The Parties shall confer in good faith on a briefing schedule with respect to any dispositive motion filed with the Court.

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: April 27th, 2021
Wilmington, Delaware