# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CYBER LITIGATION, INC.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 20-12702 (CTG) |
| JOSHUA HOOVER, *et al*.<br><br>            Plaintiffs,<br><br>            v.<br><br>CYBER LITIGATION, INC.<br><br>            Defendant. | Adv. No. 20-50966 (CTG) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 1, 2021, *Debtor-Defendant's Rule 26(a)(1) Initial Disclosures* were served upon the following counsel of record via U.S. first-class mail, postage fully pre-paid, and on June 2, 2021 by electronic mail:

| | |
|---|---|
| Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street Suite 800<br>Wilmington, DE 19801<br>Phone: 302-654-0248<br>Email: loizides@loizides.com | Jack A. Raisner<br>Rene S. Roupinian<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue Suite 1801<br>New York, NY 10016<br>Phone: 212-221-1747<br>Email: jar@raisnerroupinian.com<br>              rsr@raisnerroupinian.com |

*[remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: June 3, 2021<br>　　　　Wilmington, Delaware | **BLANK ROME LLP**<br><br>By: */s/ Josef W. Mintz*<br>Stanley B. Tarr (No. 5535)<br>Josef W. Mintz (No. 5644)<br>Wilmington, Delaware 19801<br>Telephone:　(302) 425-6400<br>Facsimile:　(302) 425-6464<br>Email: tarr@blankrome.com<br>　　　　mintz@blankrome.com<br><br>-and-<br><br>John E. Lucian (*pro hac vice*)<br>Michael D. Silberfarb (*pro hac vice*)<br>Frederick G. Sandstrom (*pro hac vice*)<br>One Logan Square<br>130 N. 18th Street<br>Philadelphia, Pennsylvania 19103<br>Telephone:　(215) 569-5500<br>Facsimile:　(215) 569-5555<br>Email: lucian@blankrome.com<br>　　　　msilberfarb@blankrome.com<br>　　　　sandstrom@blankrome.com<br><br>*Counsel to Debtor-Defendant* |