# EXHIBIT A

*COVER SHEET ONLY*

THIS DOCUMENT HAS BEEN FILED UNDER SEAL