# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 6/21/2024 |
| Case: 20−50966−CTG | Form ID: pdfjo | Total: 14 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Christopher Dean Loizides | loizides@loizides.com |
| aty | Jack A. Raisner | jar@raisnerroupinian.com |
| aty | Josef W. Mintz | mintz@blankrome.com |
| aty | Mary E. Olsen | molsen@thegardnerfirm.com |
| aty | Matthew E. Kaslow | MKaslow@BlankRome.com |
| aty | Rene S. Roupinian | rsr@raisnerroupinian.com |
| aty | Stanley B. Tarr | stanley.tarr@blankrome.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| dft | Cyber Litigation Inc.   PO Box 34120   Las Vegas, NV 89133 | |
| clagent | Stretto   www.stretto.com   410 Exchange, Ste 100   Irvine, CA 92602 | |
| aty | Isaac Raisner   Raisner Roupinian, LLP   270 Madison Avenue   Suite1801   New York, NY 10016   UNITED STATES | |
| aty | Rene' Roupinian   270 Madison Avenue, Suite 1801   New York, NY 10016 | |
| aty | Stuart J. Miller   Lankenau & Miller, LLP   132 Nassau Street, Suite 423   New York, NY 10038 | |
| ust | U.S. Trustee   Office of the United States Trustee   J. Caleb Boggs Federal Building   844 King Street, Suite 2207   Lockbox 35   Wilmington, DE 19801 USA | |
| ust | U.S. Trustee   Office of United States Trustee   J. Caleb Boggs Federal Building   844 King Street, Suite 2207   Lockbox 35   Wilmington, DE 19899−0035 USA | |

TOTAL: 7